THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Laird Collins, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2008-UP-470
 Submitted August 1, 2008  Filed August 8,
2008

APPEAL DISMISSED

 
 
 
 Wanda H. Carter, South Carolina Commission on Indigent Defense, of
 Columbia, for Appellant.
 J. Benjamin Aplin, Legal Counsel, South Carolina Department of
 Probation, Parole, and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Laird Collins was convicted of assault and battery of
 a high and aggravated nature and received a suspended sentence with three years
 of probation.  Collins probation was revoked after he was arrested for
 aggravated assault.  Collins appeals, arguing the circuit court improperly
 sentenced him based on inaccurate information about his sentence.  Collins did
 not file a separate pro se brief.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Collins appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.